NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENQ AMERICA CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1259

---

Appeal from the United States Court of International Trade in case no. 05-CV-0637, Judge Delissa A. Ridgway.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for a 14-day extension of time, until September 21, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  V. James Adduci, II, Esq.
     Mikki Cottet, Esq.
     William D. Outman, II, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK